UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TPS INC., et al.,<br><br>　　　　Plaintiffs.<br><br>　　v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>　　　　Defendants. | Case No. 99-cv-01825-JSW   (JCS)<br><br>**NOTICE OF REFERENCE AND ORDER RE BRIEFING SCHEDULE ON MOTION TO COMPEL**<br><br>Re: Dkt. No. 59 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Joseph C. Spero for the Motion to Compel, filed by Richard Snyder.

The opposition(s) shall be filed and served no later than **December 8, 2014**. Any reply to the opposition(s) shall be filed and served no later than **December 15, 2014**. All documents shall be filed in compliance with Civil L. R. 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered by the Court.

The Court will determine if a hearing will be necessary after the reply brief has been filed.

**LAW AND MOTION HEARING PROCEDURES**

Civil law and motion is heard on Friday mornings at 9:30 a.m., in Courtroom G, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California.

**ELECTRONIC FILING AND COURTESY COPIES**

Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of California for information relating to electronic filing procedures and requirements.

BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE

**PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS' COPY."  All filings of documents relating to motions referred to the undersigned shall list the civil case number and the district court judge's initials, followed by the designation "(JCS)".

The failure of counsel or a party to abide by this Order may result in sanctions pursuant to Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

Dated:  December 3, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TPS INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>    Defendants. | Case No. 99-cv-01825-JSW   (JCS)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 12/3/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Snyder
521 Alameda Del Prado #228
Novato, CA 94949


Dated: 12/3/2014


                                              Richard W. Wieking
                                              Clerk, United States District Court

                                              By: *Karen L. Hom*
                                              Karen Hom, Deputy Clerk to the
                                              Honorable JOSEPH C. SPERO