United States District Court
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  TPS INC. and RICHARD SNYDER,
10        Plaintiffs,          No. C 99-01825 JSW
11   v.
12  DEPARTMENT OF DEFENSE and     **ORDER ADOPTING REPORT**
     DEFENSE LOGISTICS AGENCY,       **AND RECOMMENDATION**
13
14        Defendants.
      _____/
15
16      This matter comes before the Court upon consideration of the Report and
17  Recommendation ("Report") prepared by Magistrate Judge Joseph Spero, in which he
18  recommends that the Court deny Plaintiff's motion to compel compliance.  The deadline for
19  filing objections to the Report has passed, and neither party has filed objections.
20      The Court has considered the Report, relevant legal authority, and the record in this
   case.  The Court finds the Report thorough and well reasoned and adopts it in every respect.
21  Accordingly, the Court DENIES Plaintiff's motion to compel compliance.
22
23      **IT IS SO ORDERED.**

Dated:   January 16, 2015
24                                    _____
                                  JEFFREY S. WHITE
25                                  UNITED STATES DISTRICT JUDGE
26
27
28